IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMETRIE WRIGHT**                                                                                     **PLAINTIFF**

**v.**                     **No: 3:22-cv-00199 LPR-PSH**

**GREENE COUNTY JAIL**                                                   **DEFENDANT**

## ORDER

Plaintiff Demetrie Wright has been directed on two occasions to file a complete application to proceed *in forma pauperis* ("IFP") or pay the filing and administrative fees in full. *See* Doc. Nos. 2 & 4. He has not done so. His most recent IFP application (Doc. No. 5) is not complete and does not contain the required certificate and calculation sheet signed by a jail official. It is therefore denied. Wright will have one more opportunity to file a completed IFP application, **including an accompanying certificate and calculation sheet signed by a jail official**, or pay the $402.00 filing and administrative fees within 30 days of the date of this order. If he fails to do so, the Court will recommend dismissal of this action.

IT IS SO ORDERED this 28th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE