**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DEMETRIE WRIGHT**                                                                          **PLAINTIFF**

**v.**                                  **Case No. 3:22-CV-00199-LPR**

**GREENE COUNTY JAIL, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 16).  No objections have been filed and the time to do so has expired.  After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings.[1]

IT IS THEREFORE ORDERED THAT:

1.     Wright's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted; and

2.     In the future, it is recommended that courts consider dismissal of this action as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Although not explicitly addressed, the obvious (and correct) implication of the Recommendation is that both individual capacity and official capacity claims fail.  The official capacity claims fail because there is no underlying constitutional violation to support them.  Moreover, there is no allegation of a policy, plan, or custom.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE