IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMETRIE WRIGHT**                                                                                          **PLAINTIFF**

v.                              Case No. 3:22-CV-00199-LPR

**GREENE COUNTY JAIL, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Demetrie Wright's Complaint is dismissed without prejudice. The Court recommends that in the future, courts should consider the dismissal of this action as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE